# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Crim. No. 12-00153 (MHW) |
| JABIAN ORTIZ | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Osmar J. Benvenuto, Assistant United States Attorney, appearing), and defendant Jabian Ortiz (Patrick McMahon, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; one prior continuance having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), for the purpose of effective preparation and so that the parties could attempt to resolve the matter and thereby avoid a possible trial; the defendant being aware that the defendant has the right to have the matter brought to trial within seventy days of the date of his appearance before a judicial officer of this court, pursuant to Title 18, United States Code, Section 3161(c)(1); and the defendant, through his attorney, having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any trial of this matter unnecessary;

(2) Defendant has consented to the aforementioned continuance;

(3) The grant of a continuance likely will conserve judicial resources;

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 9 day of July, 2012,

ORDERED that the trial date in this matter is continued until August 13, 2012, and that the period of time from July 2, 2012 through August 13, 2012 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A); and it is further

ORDERED that trial shall commence on August 13, 2012 at 10:00 a.m.

HONORABLE WILLIAM H. WALLS
United States District Judge